UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                            CASE No. 8:14-CR-406-T-17TGW

CARLTON HAMMONDS,

      Defendant.

_____

## REPORT AND RECOMMENDATION

This cause came on for a hearing to inquire whether the defendant wants a court-appointed lawyer to represent him on appeal. The Eleventh Circuit explained that the defendant expressed inconsistent positions on this issue, and remanded the case to the district court to determine whether the defendant waives his right to counsel or wishes to have court appointed counsel (see Doc. 84). The matter was referred to me for a hearing and a report and recommendation (Doc. 85). The defendant appeared at the hearing, and stated, unequivocally, that he wants a court-appointed attorney

to represent him on appeal.  Accordingly, I recommend that the defendant be

appointed counsel for this appeal.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: OCTOBER 3 , 2019

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  11th Cir. R. 3-1.