UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:14-CR-406-T-17TGW

CARLTON HAMMONDS.

_____/

ORDER

This cause is before the Court on:

Dkt. 91   Report and Recommendation

The Eleventh Circuit remanded this case for the District Court to determine whether Defendant Carlton Hammonds intends to waive his right to appellate counsel. (Dkt. 87) This matter was referred to the assigned Magistrate Judge for a hearing and Report and Recommendation. Magistrate Judge Wilson recommends that Defendant Hammonds be appointed counsel for his appeal.

The Court has carefully reviewed the pleadings and the record. No objection to the Report and Recommendation has been filed. After consideration, the Court adopts and incorporates the Report and Recommendation.

After consideration, the Court finds that Defendant Carlton Hammonds does not intend to waive his right to appellate counsel. Accordingly, it is

Case No. 8:14-CR-406-T-17TGW

ORDERED that the Report and Recommendation (Dkt. 91) is **adopted** and **incorporated**. The Court finds that Defendant Hammonds **does not intend** to waive his right to appellate counsel, and Defendant Hammonds should be appointed counsel for his appeal.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 15th day of October, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record